# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

NICHAOLAS S. ROY,

)
*Plaintiff*  )
v.  )  Civil Action No. 4:15-CV-5025-EFS
COUNTY OF ASOTIN, GROVE KENNETH  )
BANCROFT, and JONATHAN HENRY SINGLETON,  )

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   IT IS ORDERED AND ADJUDGED:  the First Amended Complaint is DISMISSED WITH PREJUDICE for failure to state either an access to court or a due process claim upon which relief may be granted.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date:  July 14, 2015

CLERK OF COURT

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb